**Order entered November 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01191-CV

**HENRY STEPHENSON BYRD, MD, ET AL, Appellants**

**V.**

**ROLANDA HUTTON AND BRYAN HUTTON, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15886**

## ORDER

Although ordered to file, no later than November 14, 2019, a supplemental clerk's record requested by appellants, Dallas County District Clerk Felicia Pitre has failed to do so. Accordingly, we again **ORDER** Ms. Pitre to file the requested supplemental clerk's record. The record **SHALL BE FILED** no later than December 3, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     BILL WHITEHILL
         JUSTICE